

Zachary A. Hummel
Direct: (212) 541-1158
Fax: (212) 904-0558
zahummel@bryancave.com

Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104-3300
Tel (212) 541-2000
Fax (212) 541-4630
www.bryancave.com

August 22, 2014

**VIA ECF**

Magistrate Judge Raymond E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Rm. N208
Brooklyn, New York 11201

Bryan Cave Offices
Atlanta
Boulder
Charlotte
Chicago
Colorado Springs
Dallas
Denver
Frankfurt
Hamburg
Hong Kong
Irvine
Jefferson City
Kansas City
London
Los Angeles
Miami
New York
Paris
Phoenix
San Francisco
Shanghai
Singapore
St. Louis
Washington, DC

RE: Thorman et al v. The Royal Care 13 Civ. 5465
Joint Status Report on Outcome of Mediation

Dear Judge Reyes:

On behalf of the Parties, I am writing to inform you that we have mediated the dispute in this case and reached an agreement in principle on the terms of a settlement. The parties are in the process of converting the terms of the agreement in principle to a complete settlement agreement and accompanying pleadings to facilitate the approval process for the settlement terms. The Parties request that all further scheduling deadlines in this matter be suspended pending submission of the agreement and pleadings to the court. The agreed upon settlement of the lawsuit is on a class action basis and the parties request to have until September 26, 2014 to complete the agreement and associated pleadings necessary to effectuate approval of the settlement.

Sincerely,

*Zachary A. Hummel*
Zachary A. Hummel

Cc: William C. Rand via ECF

1812942.1